UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: James Randisi

Address: 961 Gaywood Lane, Webster, NY

Chapter 13
Case No. 20-20886

## ORDER OF ABANDONMENT(*)

At Rochester, New York in the said district; upon the application of Peter Scribner, Esq. attorney for the debtor, dated November 24, 2021, requesting that the personal residence of the Debtor be abandoned by the bankruptcy estate, and upon the attached consent of the debtor, and of George M. George M. Reiber, Esq., Trustee in bankruptcy in this case, the Court being sufficiently advised, it is

**ORDERED**, that, pursuant to 11 USC Sect. 554, the Trustee be, and hereby is, authorized to abandon from the bankruptcy estate of the debtor a certain parcel of real property known as 961 Gaywood Lane located in the Town of Webster, County of Monroe, State of New York, said property being the principle residence of the debtor, and it is further

**ORDERED**, that entry of this ORDER shall be deemed to constitute the abandonment of said property by the Trustee.

DATED: January 18, 2022
Rochester, New York

HON. PAUL R. WARREN
United States Bankruptcy Judge

(*) An Order Authorizing Abandonment was entered on January 3, 2022 at ECF No. 55. This Order is identical to that Order, in all respects, except the signature line. The Order at ECF No. 55 was signed electronically. This Order has a wet signature, as requested by the Debtor.

STIPULATION IN CONSENT OF ABANDONMENT ORDER:

Trustee: George M. Reiber
3136 Winton Road South, Ste 206
Rochester NY 14623-2997

George M. Reiber, under penalty of perjury, affirms as follows:

I, George M. Reiber, am the Chapter Trustee appointed in the above described bankruptcy case of debtor James Randisi (Case #20-20886. I have read the foregoing affirmation of Peter Scribner, Esq.; the attorney for the debtor. I hereby agree that the personal residence of the debtor, located at 961 Gaywood Lane; which was scheduled in the bankruptcy petition of the debtor and which is described in Mr. Scribner's attached affirmation, has no value to the bankruptcy estate. Therefore I consent to the application of the debtor to abandon this asset from the bankruptcy estate.

Date: 11/29/2021            /S/ George M. Reiber
                            George M. Reiber; Trustee

Debtor:

I, the Debtor in the above entitled case, certify under penalty of perjury as follows:

1) I have read the foregoing and that it is true and correct.

2) I consent to the request that this Court allow the Trustee to abandon this property from the bankruptcy estate.

Date signed: 11/29/2021               /S/    James Randisi
                                      James Randisi